*Valentine Baker and Gerard S. Sloane v. Henry
Sleight, Esq. Sheriff of the County of Ulster.*

EVERTSON, on an affidavit not specifying the
ground of action, moved to change the *venue* from
the county of *Dutchess* to that of *Ulster.*

*Hopkins* opposed it on a counter affidavit, stating a
belief, that in consequence of the influence the de-
fendant possessed in *Ulster*, from his office, a fair and
impartial trial could not be had there.    He insisted
also on the defectiveness of the plaintiff's affidavit, in
not setting forth the ground of action, and that it
ought, therefore, to be presumed, it was not a transi-
tory suit.

*Per Curiam.*    The court cannot intend, *that* the
action is not transitory, it ought to have been shown

by the defendant, and the influence of a sheriff's office, never can prevent an impartial trial.   Take your rule.